USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/3/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LESHAWN YOUNG, *ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMIALRLY SITUATED*,**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**BIOHM HEALTH INC.,**<br><br>**Defendant.** | **25-cv-10184 (ALC)**<br><br><u>**ORDER OF DISCONTINUANCE**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. In light of this order, all pending deadlines in this action are adjourned *sine dine*.

**SO ORDERED.**

Dated:   March 3, 2026
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**